UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Keith Eugene Washington,

    Plaintiff,

v.                             ORDER
                               Civil No. 05-1410(MJD/JJG)

Mark Uner, Chyrce Binder and
Officer Kirkpatrick,

    Defendants.

---

The above-entitled matter comes before the Court upon Plaintiff's objections to the Report and Recommendation of United States Magistrate Judge Jeanne J. Graham dated October 11, 2006.

Pursuant to statute, the Court has conducted a <u>de novo</u> review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based on that review the Court ADOPTS the Report and Recommendation dated October 11, 2006.

IT IS HEREBY ORDERED that:

1. Defendants' Motion for Summary Judgment [Doc. No. 33] is GRANTED;

2. Plaintiff's Motion against Summary Judgment [Doc. No. 42] is DENIED; and

3. This matter is dismissed with prejudice.

Date: November 6, 2006

                                                  <u>s / Michael J. Davis</u>
                                                  Michael J. Davis
                                                  United States District Court